*Orders Granting Oral Argument in Cases Pending on Application for Leave to Appeal May 8, 2009:*

MICHIGAN EDUCATION ASSOCIATION V SECRETARY OF STATE, No. 137451. We direct the clerk to schedule oral argument on whether to grant the application or take other peremptory action. MCR 7.302(G)(1). The parties shall submit supplemental briefs within 56 days of the date of this order addressing the following issues: (1) whether a school district's use of government resources for a payroll deduction plan for contributions made by members of plaintiff Michigan Education Association (MEA) to MEA's political action committee is either an "expenditure" or a "contribution" under § 6 of the Michigan Campaign Finance Act (MCFA), MCL 169.206; (2) whether § 57(1) of the MCFA, MCL 169.257(1), prohibits a school district from expending government resources for such a payroll deduction plan if the costs of the plan are prepaid by the MEA; and (3) whether a school district has the authority to collect and deliver payroll deductions for such contributions. The parties should not submit mere restatements of their application papers. Reported below: 280 Mich App 477.

BEZEAU V PALACE SPORTS & ENTERTAINMENT, INC, No.137500. We direct the clerk to schedule oral argument on whether to grant the application or take other peremptory action. MCR 7.302(G)(1). At oral argument, the parties shall address whether the jurisdictional standard established at MCL 418.845, as interpreted by this Court in *Karaczweski v Farbman &*

*Stein Co*, 478 Mich 28 (2007), should be applied in this case. The parties may file supplemental briefs within 56 days of the date of this order, but they should not submit mere restatements of their application papers.

The Workers' Compensation Section of the State Bar of Michigan is invited to file a brief amicus curiae. Other persons or groups interested in the determination of the issue presented in this case may move the Court for permission to file briefs amicus curiae. Court of Appeals No. 285593.